# CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **Ricky W Taylor**  SS#: **xxx-xx-8705**  Net Monthly Earnings: **355.00**

**Heather L Taylor**  SS#: **xxx-xx-0399**  Number of Dependents: **2**

1. Plan Payments:
   ( ___ ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or
   ( **X** ) Payroll deduction Order: To **WASTE MANAGEMENT** for
   $ **82.00** ☒ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **21,300.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **2,750.00** ; $ **45.00** paid pre-petition; $ **2705.00** to be paid at confirmation.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid by Trustee / by Debtor | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount |
|---|---|---|---|---|---|
| -NONE- | | | | | |

   2. Secured Debts (not long term debts) to be paid through Trustee:

   (a) Allowed secured claims will receive 1% of the amount of such claims from the date of confirmation, or from the bar date if the claim is filed after confirmation, until the debtor's attorney fee is paid in full. At such time as the debtor's attorneys fee is paid, the allowed secured claims shall be paid in monthly payments as set forth below.

| Name of Creditor | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments |
|---|---|---|---|---|---|---|
| **WEST LAKE FINANCIAL SERVICES** | **$11,227.00** | **$5,450.00** | **$5,777.00** | **2006 CHEVROLET BLAZER** | **NO MORE THAN 5.25%** | **$319.00** |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:

   ☒ This is an original plan.
   ☐ This is an amended plan replacing plan dated ____.
   ☒ This plan proposes to pay unsecured creditors **PRO RATA**.
   ☒ Other Provisions:

   (1) All creditors being paid non-plan direct are hereby granted limited relief to continue to send monthly invoice, statements and payment requests to facilitate these monthly maintenance payments.

   (2) Payments by the Trustee-Pursuant to 11 U.S.C. § 1326(b), from money received, the trustee shall first pay 507(a)(2) costs, including 503(b) claims of filing fees of $274.00 and then attorneys fees of $2705.00. When these costs have been paid, the trustee shall pay the properly filed secured claims, then the properly filed priority claims, then any properly filed claims being sub-classed. The remaining monies received by the trustee shall then be distributed pro rata to properly filed unsecured claims.

   (3) ALL SECURED CLAIMS SHALL BE PAID AS NOTED ABOVE OR UNTIL SAID CLAIM IS PAID IN FULL. CLAIMS DISTRIBUTION WILL BE SUBJECT TO MODIFICATION AFTER BAR DATE REVIEW.

   **Special Intentions:**
   **HOUSEHOLD BANK/YAMAHA: Debtor is surrendering any interest in the 2007 YAMAHA SILVERADO STAR.**

Name/Address/Telephone/Attorney for Debtor (s)  Date **October 14, 2011**  **/s/ Ricky W Taylor**
**Michele T. Hatcher**  **Ricky W Taylor**
  Signature of Debtor
**102 S Court Street, Suite 314**  **/s/ Heather L Taylor**
**Florence, AL 35630**  **Heather L Taylor**
Telephone # **256-760-1010**  Signature of Debtor